IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KESEY, LLC,

        Plaintiff,

        v.

MICHELLE FRANCIS, aka MISCHELLE
McMINDES, an individual; MIKE HAGEN,
an individual; KATHERINE WILSON, an
individual; SUNDOWN & FLETCHER, INC.,
an Oregon corporation; ASSOCIATES FILM
PRODUCER SERVICES, an Oregon partnership
or other business entity; and DOES 1-100,
inclusive,

        Defendants.

Civil No. 06-CV-540-AC

O R D E R

KING, District Judge:

    The Honorable John Acosta, United States Magistrate Judge, filed Findings and

Recommendation on July 27, 2010. The matter is before this court. See 28 U.S.C. §

Page 1 - ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KESEY, LLC,

        Plaintiff,

    v.

MICHELLE FRANCIS, aka MISCHELLE
McMINDES, an individual; MIKE HAGEN,
an individual; KATHERINE WILSON, an
individual; SUNDOWN & FLETCHER, INC.,
an Oregon corporation; ASSOCIATES FILM
PRODUCER SERVICES, an Oregon partnership
or other business entity; and DOES 1-100,
inclusive,

        Defendants.

Civil No. 06-CV-540-AC

O R D E R

KING, District Judge:

    The Honorable John Acosta, United States Magistrate Judge, filed Findings and

Recommendation on July 27, 2010. The matter is before this court. See 28 U.S.C. §

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KESEY, LLC,

       Plaintiff,

    v.

MICHELLE FRANCIS, aka MISCHELLE
McMINDES, an individual; MIKE HAGEN,
an individual; KATHERINE WILSON, an
individual; SUNDOWN & FLETCHER, INC.,
an Oregon corporation; ASSOCIATES FILM
PRODUCER SERVICES, an Oregon partnership
or other business entity; and DOES 1-100,
inclusive,

       Defendants.

Civil No. 06-CV-540-AC

O R D E R

KING, District Judge:

    The Honorable John Acosta, United States Magistrate Judge, filed Findings and

Recommendation on July 27, 2010. The matter is before this court. See 28 U.S.C. §

Page 1 - ORDER

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (docket #147).

IT IS HEREBY ORDERED that plaintiff's motion for attorney fees and costs pursuant to 17 U.S.C. § 505 (doc. # 120) is DENIED.  Defendants' motion to strike (doc. # 134) is DENIED as moot.

DATED this 19th day of October, 2010.

/s/ Garr M. King
GARR M. KING
United States District Judge

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation (docket #147).

IT IS HEREBY ORDERED that plaintiff's motion for attorney fees and costs pursuant to 17 U.S.C. § 505 (doc. # 120) is DENIED.  Defendants' motion to strike (doc. # 134) is DENIED as moot.

DATED this 19th day of October, 2010.

/s/ Garr M. King
GARR M. KING
United States District Judge

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation (docket #147).

IT IS HEREBY ORDERED that plaintiff's motion for attorney fees and costs pursuant to 17 U.S.C. § 505 (doc. # 120) is DENIED.  Defendants' motion to strike (doc. # 134) is DENIED as moot.

DATED this 19th day of October, 2010.

/s/ Garr M. King
GARR M. KING
United States District Judge