FILED
APR 25 2011

Steven H. Corey #72058
COREY, BYLER, REW, LORENZEN and HOJEM
222 S.E. Dorian Drive
Pendleton, OR 97801-0218
(541) 276-3331
Fax (541) 276-3148

Michael B. Kratville, NE Bar No. 18255
Suite 145
11920 Burt Street
Omaha NE 68154
Telephone (402) 391-5153
Fax (402) 393-0629

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| KESEY L.L.C., | Civil Action No. 06-540 |
| Plaintiff, | |
| v. | **ORDER ON UNOPPOSED MOTION TO DISMISS CROSS-CLAIMS** |
| MICHELE FRANCIS et al. | |
| Defendants. | |

WHEREAS Defendants Francis, Hagen and Sundown & Fletcher have filed a motion to dismiss all cross-claims with prejudice between themselves and co-Defendant Katherine Wilson and her company Associated Film producers;

WHEREAS Defendants Katherine Wilson and Associated Film Producers do not object to this motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all cross-claims existing between Defendants Francis, Hagen and Sundown & Fletcher and Defendants Katherine Wilson and Associated Film Producers are hereby dismissed with prejudice. Each party to pay their own costs.

IT IS SO ORDERED.

Dated: April 25, 2011.

BY THE COURT:

_____

PREPARED AND SUBMITTED BY:

/s Michael B. Kratville
Michael B. Kratville, NE Bar No. 18255
Suite 145
11920 Burt Street
Omaha NE 68154
Telephone (402) 391-5153
Fax (402) 393-0629

Pro Hac Vice Attorney for Defendants Francis, Hagen and Sundown & Fletcher

/s Steven H. Corey
Steven H. Corey #72058
COREY, BYLER, REW, LORENZEN and HOJEM
222 S.E. Dorian Drive
Pendleton, OR 97801-0218
(541) 276-3331
Fax (541) 276-3148

Local Oregon counsel for Defendants Francis, Hagen and Sundown & Fletcher